

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, <br> PLAINTIFF <br> v. <br> Marcus Goates <br> DEFENDANT(S). | CASE NUMBER <br> 15-425M <br><br> ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of _defendant_, IT IS ORDERED that a detention hearing is set for _Friday 3/13/15_, _____, at _11:00_ ☒a.m. / ☐p.m. before the Honorable _Jacqueline Chooljian_, in Courtroom _341 - Roybal Criminal Duty Courtroom_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: _3/11/15_         _____
                          U.S. District Judge/Magistrate Judge

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT
CR-66 (10/97)                                                        Page 1 of 1